```
 1  Erica T. Loftis, SBN 259286
    Dane W. Exnowski, SBN 281996
 2  Buckley Madole, P.C.
    301 E. Ocean Blvd., Suite 1720
 3  Long Beach, CA 90802
    Telephone: 562-983-5365
 4  Fax: 562-983-5365
    BK.CA@BuckleyMadole.com
 5
 6
    Attorney for Secured Creditor
 7
 8                  UNITED STATES BANKRUPTCY COURT
 9      FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
10  In re:                              Case No. 17-23854
11  Tiajuanna Louise Toles,             Chapter 13
12                                      Docket Control No. DWE-1
13                                      OBJECTION TO CONFIRMATION OF
                                        CHAPTER 13 PLAN
14
                                        341(a) Meeting:
15                                      Date:   7/20/2017
                                        Time:   11:00 AM
16                                      Place:  501 I Street, Room 7-B
                                                Sacramento, CA 95814
17
                                        Confirmation Hearing:
18                                      Date:   8/15/2017
                                        Time:   01:00 PM
19                                      Place:  CTRM 32 6th Floor
                                                501 I Street
20                                              Sacramento, CA 95814
21                       Debtor.
22
```

**TO THE HONORABLE CHRISTOPHER D. JAIME, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Nationstar Mortgage LLC ("Secured Creditor) hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan.

Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1. **Secured Creditor's claim relating to the Property.** At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $228,262.72 including arrearage in the approximate amount of $99,545.33. Secured Creditor's claim is secured by the real property commonly known as 8852 Imray Way, Elk Grove, California 95624 (the "Property"). Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of October 18, 2017.

2. **Pursuant to 11 U.S.C. § 1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim.** According to the plan, Debtor has provided for the arrears in the amount of $28,000.00. However, the arrearage on Secured Creditor's claim is in the amount of $99,545.33. Debtor has failed to provide for the curing of the remaining default of $71,545.33. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. § 1322(b)(5).

3. **Pursuant to 11 U.S.C. § 1325(a)(6), the Plan fails to provide how Debtor will be able to make all payments under the Plan and to comply with the Plan.** According to the plan, Debtor will make monthly payments of $1,620.00 for 60 months to the Trustee for a base plan amount of $97,200.00. However, according to the Debtor's Schedules, Debtor has a monthly net income of only $1,620.00. This amount will be insufficient to fund the plan once the arrears on Secured Creditor's claim, an additional $71,545.33, is fully provided for. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. § 1325(a)(6).

CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Plan be denied.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,
2. Debtor's Plan be amended in accordance with this Objection.

///

| | |
|---|---|
| 1 | 3. For other such relief as the Court deems just and proper. |
| 2 | Dated: 7/6/2017 |

```
                                        Respectfully Submitted,
                                        Buckley Madole, P.C.

                                By:     /s/ Dane W. Exnowski
                                        Dane W. Exnowski
                                        Attorney for Secured Creditor
```