16

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

Re:  TIAJUANNA LOUISE TOLES,          )          CASE NO. 17-23854 B13
                                                                    )
                                                                    )
                                                                    )          **NOTICE OF FILED CLAIMS**
                                                                    )
                                    Debtor(s)          )
_____

   In accordance with Local Bankruptcy Rule 3007-1(d)(2), effective May 1, 2012, Jan P. Johnson, Chapter 13 Trustee has compiled a list of filed claims in the above referenced case. The following information regarding claim objections and plan modifications is from the Local Rules.

(a) Prior to the expiration of the deadline to object to proofs of claims (see subparagraph (c) below), the Trustee shall pay claims as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to a claim which is set for hearing within 60 calendar days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the objectionable claim. If the objection is overruled, at the request of the claimant or the Trustee, the court may make provision for payment of any dividends not paid while the objection was pending.

(b) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 calendar days after the order for relief or 180 calendar days after plan confirmation.

(c) Objections to claims shall be filed and served no later than 60 calendar days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to Local Bankruptcy Rule 3007-1(b)(1) or (b)(2) on the earliest available court date.

(d) Nothing herein shall prevent the debtor, the Trustee, or any other party in interest from objecting to a proof of claim after the expiration of the deadline for objections specified in subparagraph (c) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(e) If a creditor fails to file a proof of claim within the time required by FRBP 3002(c) or section 502, the debtor or the Trustee may file a proof of claim on behalf of the creditor pursuant to FRBP 3004. The time for the filing of such a claim is extended to 60 calendar days after service on the debtor or his counsel of the Notice of Filed Claims.

(f) If the Notice of Filed Claims includes allowed claims which are not provided for in the chapter 13 plan, or which will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and section 522(f) motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than 90 calendar days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available court date.

(g) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(h) If the court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the court. It is unnecessary for the

Trustee or the debtor to file a claim objection in addition
to the motion valuing the collateral. If the creditor has
filed or later files a proof of a secured claim in an
amount less than the value established for the collateral,
the allowed secured claim shall be the amount claimed by
the creditor.

(i) If the court enters an order avoiding the judicial lien or
nonpossessory, nonpurchase money security interest of a
creditor and the creditor has filed or later files proof of
a secured claim which identifies as security only the
avoided lien or security interest, the claim shall be
allowed as a general unsecured claim. It is unnecessary for
the Trustee or the debtor to file a claim objection in
addition to the lien avoidance motion.


   Claim information provided is based on the last day to file
claims pursuant to Bankruptcy Rule 3002 and the deadline for
government units having passed.

| | |
|---|---|
| Petition filing date or conversion date | 06/08/2017 |
| Initial 341 date | 07/20/2017 |
| Confirmation date | 08/30/2017 |
| | |
| Claims bar date | 10/18/2017 |
| Government claims bar date | 12/05/2017 |
| | |
| Deadline to object to or file claims for | 03/10/2018 |
| Deadline to modify plan per filed claims | 04/09/2018 |


   The dates above are provided for the convenience of the
parties. The Trustee's office shall not be liable for any
mistakes or omissions with respect to said dates. Debtor(s) or
Debtor's attorney should review the court file and calculate the
relevant dates for purposes of determining timely filed claims,
objections to claims or motions to modify as required by the
Rules of Bankruptcy Procedure and/or Local Rules governing
Chapter 13 matters.

The following report contains information regarding filed claims and their treatment through the Chapter 13 Plan. Information is characterized as follows:

| | |
|---|---|
| Scheduled | Amount of the debt scheduled in the petition |
| Filed | Amount of the debt according to the filed claim |
| Provided for | Amount of the claim provided in the plan |
| Not Provided for | Amount of the filed claim not treated in the plan |
| % to Pay | Amount based on Plan estimates and may vary |

Any amounts appearing in "Not Provided for" will not be paid by the Trustee's office unless the plan is modified. A "Not Provided for" amount may not be subject to discharge.

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

All scheduled debts are included in the following report. If a scheduled creditor has not filed a claim, it is indicated by the phrase "NO CLAIM FILED ON BEHALF OF THIS CREDITOR". If the plan provides for a debt to be paid directly by Debtor(s), it is indicated by the phrase "PLAN PROVIDES FOR PAYMENT OF THIS CLAIM OUTSIDE THE PLAN". If the plan provides for the surrender of collateral to a creditor, it is indicated by the phrase "PLAN PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR".

Dated: 1/9/2018

/s/ Karin M. Bruce
_____
Attorney for Trustee

**Claim No: 3**

ALTAIR OH XIII LLC
C O WEINSTEIN RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121
, 98121

Class: UNSECURED - (L)

Scheduled: $ 634.33
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:

**Claim No: 1**

ARSTRAT
PATIENT ACCOUNTING SERVICE CENTER
LLC
9800 CENTRE PARKWAY 1100
HOUSTON TX 77036

Class: UNSECURED - (L)

Scheduled: $ 296.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:

**Claim No: 4**

CALIFORNIA CHECK CASHING STORES
LLC
7001 POST ROAD STE 200
DUBLIN OH 43016
, 43016

Class: UNSECURED - (L)

Scheduled: $ 300.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:

**Claim No: 5**

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30253
SALT LAKE CITY UT 84130
, 84130

Class: UNSECURED - (L)

Scheduled: $ 495.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:

**Claim No: 6**

CAPITAL ONE BANK U S A N A
PO VOX 60599
CITY OF INDUSTRY CA 91716-0599
, 91716

Class: UNSECURED - (L)

Scheduled: $ 634.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:

| | | | |
|---|---|---|---|
| 1 | **Claim No: 7** | CHECK INTO CASH | |
| 2 | | PO BOX 550 | |
| | | CLEVELAND TN 37364-0550 | |
| 3 | | , 37364 | Class: 341 NOTICE ONLY |
| 4 | | Scheduled: $ 0.00 | |
| | | Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | |
| 5 | | Provided for: | |
| 6 | | Not Provided for: | Note: |
| 7 | **Claim No: 43** | CHECK INTO CASH INC | |
| 8 | | P O BOX 550 | |
| | | ATTN COLLECTIONS | |
| 9 | | CLEVELAND, TN 37364 | Class: UNSECURED - (L) |
| 10 | | Scheduled: $ 300.00 | Date Filed: 07/20/2017 |
| | | Filed: $ 300.00 | Mo. Payment: |
| 11 | | Provided for: $ 300.00 | % to Pay: 0.00 |
| | | Not Provided for: **$ 0.00** | Interest Rate: 0.00 |
| 12 | | | Note: |
| 13 | **Claim No: 8** | CLARK PEST CONTROL CRP OFFICE | |
| 14 | | 555 NORTH GUILD AVE | |
| | | LODI CA 95240 | |
| 15 | | , 95240 | Class: UNSECURED - (L) |
| 16 | | Scheduled: $ 0.00 | |
| 17 | | Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | |
| | | Provided for: | |
| 18 | | Not Provided for: | Note: |
| 19 | **Claim No: 9** | COAST 2 COAST FINANCIAL | |
| 20 | | 101 HODENCAMP RD STE 120 | |
| | | THOUSAND OAKS CA 91360 | |
| 21 | | , 91360 | Class: UNSECURED - (L) |
| 22 | | Scheduled: $ 159.00 | |
| 23 | | Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | |
| | | Provided for: | |
| 24 | | Not Provided for: | Note: |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

17-23854 B13

**Claim No: 10**     COMENITY BANK
, 00000

Class:   UNSECURED - (L)

| Scheduled: | $ 254.00 | | |
|---|---|---|---|
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

**Claim No: 47**     DEPT 745
P O BOX 4115
CONCORD, CA 94524

Class:   UNSECURED - (L)

| Scheduled: | $ 634.69 | | |
|---|---|---|---|
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

**Claim No: 14**     EDFINANCIAL ON BEHALF OF
US DEPT OF EDUCATION
120 N SEVEN OAKS DRIVE
KNOXVILLE TN 37922
, 37922

Class:   DUPLICATE CREDITOR

| Scheduled: | $ 0.00 | | |
|---|---|---|---|
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

**Claim No: 13**     EDFINANCIAL SERVICES
120 N SEVEN OAKS DR
KNOXVILLE, TN 37922

Class:   UNSECURED - (L)

| Scheduled: | $ 23,109.00 | Date Filed: | 07/12/2017 |
|---|---|---|---|
| Filed: | $ 31,279.15 | Mo. Payment: | |
| Provided for: | $ 31,279.15 | % to Pay: | 0.00 |
| Not Provided for: | **$ 0.00** | Interest Rate: | 0.00 |
| | | Note: | + |

17-23854 B13

**Claim No: 48**    EDFINANCIAL SERVICES LLC
298 NORTH SEVEN OAKS DR
KNOXVILLE TN 37922
, 37922             Class:  DUPLICATE CREDITOR

Scheduled:    $ 0.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:           Note:

**Claim No: 49**    EDFINANCIAL SERVICES LLC
298 NORTH SEVEN OAKS DR
KNOXVILLE TN 37922
, 37922             Class:  DUPLICATE CREDITOR

Scheduled:    $ 0.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:           Note:

**Claim No: 15**    EMPLOYMENT DEVELOPMENT
DEPARTMENT
P O BOX 826218
SACRAMENTO CA 94230-6218     Class:  SECURED
, 94230-6218

Scheduled:    $ 780.57
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:           Note:

**Claim No: 16**    FIRST PREMIER BANK
PO BOX 5529
SIOUX FALLS SD 57117-5529
, 57117-5529         Class:  UNSECURED - (L)

Scheduled:    $ 669.32
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:           Note:

**Claim No: 17**    FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS SOUTH
AMHERST NY 14228
, 14228            Class:  UNSECURED - (L)

Scheduled:    $ 1.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:           Note:

| | | | |
|---|---|---|---|
| 1 | **Claim No: 18** | FIRSTSOURCE ADVANTAGE LLC | |
| 2 | | PO BOX 628 | |
| | | BUFFALO NY 14240-0628 | |
| 3 | | , 14240 | Class:  341 NOTICE ONLY |

Scheduled:     $ 0.00
Filed:            NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:

**Claim No: 44**     GRANT AND WEBER
                     26575 WEST AGOURA ROAD
                     CALABASAS CA 91302
                     , 91302                     Class:   UNSECURED - (L)

Scheduled:     $ 94.00
Filed:            NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:

**Claim No: 19**     JEFFERSON CAPITAL SYSTEMS LLC
                     P O BOX 772813
                     CHICAGO, IL 60677
                                                 Class:   UNSECURED - (L)

Scheduled:        $ 863.00          Date Filed:        09/20/2017
Filed:            $ 863.99          Mo. Payment:
Provided for:     $ 863.99          % to Pay:          0.00
Not Provided for: **$ 0.00**        Interest Rate:     0.00
                                    Note:              PREMIER BANKCARD

**Claim No: 20**     LVNV FUNDING LLC
                     C O RESURGENT CAPITAL SERVICES
                     PO BOX 10587
                     GREENVILLE SC 29603-0587      Class:   UNSECURED - (L)
                     , 29603

Scheduled:     $ 628.30
Filed:            NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:

17-23854 B13

| | | |
|---|---|---|
| 1 | **Claim No: 22** | MASSAGE ENVY |
| 2 | | 14350 N 87TH STREET STE 200 |
| | | SCOTTSDALE AZ 85260 |
| 3 | | , 85260                          Class:   UNSECURED - (L) |

| | |
|---|---|
| Scheduled: | $ 120.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**Claim No: 21**   MCM
, 00000

Class:   UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $ 254.69 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**Claim No: 23**   MERCY SAN  JUAN HOSPITAL
3215 PROSPECT PARK DR
RANCHO CORDOVA, CA 95670

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $ 634.69 | Date Filed: | 08/24/2017 |
| Filed: | $ 634.24 | Mo. Payment: | |
| Provided for: | $ 634.24 | % to Pay: | 0.00 |
| Not Provided for: | **$ 0.00** | Interest Rate: | 0.00 |
| | | Note: | |

**Claim No: 24**   MIDLAND FUNDING
8875 AERO DR STE 200
SAN DIEGO CA 92123
, 92123

Class:   UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $ 255.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

17-23854 B13

| | |
|---|---|
| **Claim No: 25** | NATIONSTAR |
| | 300 HIGHLAND DRIVE |
| | LEWISVILLE TX 75067 |
| | , 75067          Class: 341 NOTICE ONLY |

Scheduled:    $ 0.00
Filed:        NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

| | |
|---|---|
| **Claim No: 26** | NATIONSTAR |
| | PO BOX 619096 |
| | DALLAS TX 75261 |
| | , 75261          Class: 341 NOTICE ONLY |

Scheduled:    $ 0.00
Filed:        NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

| | |
|---|---|
| **Claim No: 27** | NATIONSTAR MORTGAGE LLC |
| | P O BOX 619094 |
| | ATTN: PAYMENT PROCESSING |
| | DALLAS, TX 75261-9741      Class: ONGOING MORTGAGE |

Scheduled:    $ 206,001.00       Date Filed:     08/11/2017
Filed:        $ 227,715.75       Mo. Payment:   $ 842.30
                                 Note:            DT/RESI/8852 IMRAY WAY

| | |
|---|---|
| **Claim No: 28** | NATIONSTAR MORTGAGE LLC |
| | 8950 CYPRESS WATERS BLVD |
| | COPPELL TX 75019 |
| | , 75019          Class: UNSECURED - (L) |

Scheduled:    $ 1.00
Filed:        NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

| | |
|---|---|
| **Claim No: 46** | NATIONSTAR MORTGAGE LLC |
| | P O BOX 619094 |
| | ATTN: PAYMENT PROCESSING |
| | DALLAS, TX 75261-9741      Class: SECURED - MTG ARREARS |

Scheduled:    $ 28,000.00        Date Filed:     08/11/2017
Filed:        $ 27,225.59        Mo. Payment:   $ 470.00
Provided for:    $ 27,225.59        % to Pay:       100.00
Not Provided for: **$ 0.00**          Interest Rate:    0.00
                                 Note:            DT ARRS/RESI/8852 IMRAY WAY

| | | |
|---|---|---|
| **Claim No: 29** | PENN FOSTER<br>14300 N NORTHSIGHT BLVD<br>SCOTTSDALE AZ 85260<br>, 85260 | Class: 341 NOTICE ONLY |

Scheduled:     $ 0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

| | | |
|---|---|---|
| **Claim No: 50** | PENN FOSTER<br>14300 N NORTHSIGHT BLVD<br>SCOTTSDALE AZ 85260<br>, 85260 | Class: UNSECURED - (L) |

Scheduled:     $ 800.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

| | | |
|---|---|---|
| **Claim No: 30** | PENTAGROUP FINANCIAL<br>5959 CORPORATE DR STE 14<br>HOUSTON TX 77036<br>, 77036 | Class: UNSECURED - (L) |

Scheduled:     $ 379.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

| | | |
|---|---|---|
| **Claim No: 31** | PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Class: UNSECURED - (L) |

Scheduled:     $ 863.99
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

| | | |
|---|---|---|
| **Claim No: 32** | QUANTUM3<br>AS AGENT FOR MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788<br>, 98083 | Class: UNSECURED - (L) |

Scheduled:     $ 254.85
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

17-23854 B13

| | | |
|---|---|---|
| **Claim No: 2** | QUANTUM3 GROUP LLC | |
| | P O BOX 788 | |
| | KIRKLAND, WA98083 | |
| | | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $ 300.00 | Date Filed: | 06/30/2017 |
| Filed: | $ 315.00 | Mo. Payment: | |
| Provided for: | $ 315.00 | % to Pay: | 0.00 |
| Not Provided for: | **$ 0.00** | Interest Rate: | 0.00 |
| | | Note: | ADVANCE AMERICA |

| | | |
|---|---|---|
| **Claim No: 33** | REAL TIME RESOLUTIONS | |
| | ATTN BANKRUPTCY | |
| | PO BOX 36655 | |
| | DALLAS TX 75235 | Class:   UNSECURED - (L) |
| | , 75235 | |

| | | | |
|---|---|---|---|
| Scheduled: | $ 1.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

| | | |
|---|---|---|
| **Claim No: 12** | RESURGENT CAPITAL SERVICES | |
| | P O BOX 10587 | |
| | GREENVILLE, SC 29603 | |
| | | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $ 573.15 | Date Filed: | 09/11/2017 |
| Filed: | $ 844.70 | Mo. Payment: | |
| Provided for: | $ 844.70 | % to Pay: | 0.00 |
| Not Provided for: | **$ 0.00** | Interest Rate: | 0.00 |
| | | Note: | CREDIT ONE BANK |

| | | |
|---|---|---|
| **Claim No: 34** | SEVERAID GLAHN | |
| | 1787 TRIBUTE ROAD D | |
| | SACRAMENTO CA 95815 | |
| | , 95815 | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $ 1.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

| | | |
|---|---|---|
| 1 | **Claim No: 11** | SEVERAID GLAHN PC |
| 2 | | 1787 TRIBUTE RD |
| | | SUITE D |
| 3 | | SACRAMENTO, CA 95815      Class: ONGOING - OTHER |

**Claim No: 11**  SEVERAID GLAHN PC
1787 TRIBUTE RD
SUITE D
SACRAMENTO, CA 95815          Class:  ONGOING - OTHER

| | |
|---|---|
| Scheduled: | $ 4,059.26 |
| Filed: | $ 7,111.98 |

| | |
|---|---|
| Date Filed: | 10/13/2017 |
| Mo. Payment: | $ 82.84 |
| Note: | DT/RESI/8852 IMRAY WAY COVENTRY |

**Claim No: 45**  SEVERAID GLAHN PC
1787 TRIBUTE RD
SUITE D
SACRAMENTO, CA 95815          Class:  SECURED - MTG ARREARS

| | |
|---|---|
| Scheduled: | $ 4,850.00 |
| Filed: | $ 7,111.98 |
| Provided for: | $ 7,111.98 |
| Not Provided for: | **$ 0.00** |

| | |
|---|---|
| Date Filed: | 10/13/2017 |
| Mo. Payment: | $ 85.00 |
| % to Pay: | 100.00 |
| Interest Rate: | 0.00 |
| Note: | DT ARRS/RESI/8852 IMRAY WAY/ COVENTRY |

**Claim No: 35**  SRSTRAT
9800 CENTRE PARKWAY
HOUSTON TX 77036
, 77036          Class:  UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $ 296.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**Claim No: 36**  SUTTER HEALTH MEDICAL FOUNDATION
PO BOX 255228
SACRAMENTO CA 95865-5228
, 95865-5228          Class:  UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $ 1,493.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**Claim No: 37**  THD CBNA
PO BOX 6497
SIOUX FALLS SD 57117
, 57117          Class:  UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $ 223.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

17-23854 B13

| | | |
|---|---|---|
| 1 | **Claim No: 38** | THE BUREAUS INC |
| 2 | | 1717 CENTRAL ST |
| | | EVANSTON IL 60201 |
| 3 | | , 60201 | Class: UNSECURED - (L) |

| | | |
|---|---|---|
| 4 | Scheduled: | $ 1,177.00 |
| | Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| 5 | Provided for: | |
| 6 | Not Provided for: | Note: |

| | | |
|---|---|---|
| 7 | **Claim No: 41** | UNITED RECOVERY SYSTEMS LP |
| 8 | | 5800 NORTH COURSE DRIVE |
| | | HOUSTON TX 77072 |
| 9 | | , 77072 | Class: UNSECURED - (L) |

| | | |
|---|---|---|
| 10 | Scheduled: | $ 495.68 |
| | Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| 11 | Provided for: | |
| 12 | Not Provided for: | Note: |

| | | |
|---|---|---|
| 13 | **Claim No: 39** | USCB AMERICA |
| 14 | | 101 HARRISON STREET |
| | | ARCHBALD PA 18403 |
| 15 | | , 18403 | Class: 341 NOTICE ONLY |

| | | |
|---|---|---|
| 16 | Scheduled: | $ 0.00 |
| | Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| 17 | Provided for: | |
| 18 | Not Provided for: | Note: |

| | | |
|---|---|---|
| 19 | **Claim No: 40** | USCB AMERICA |
| 20 | | PO BOX 74929 |
| | | LOS ANGELES CA 90004-9990 |
| 21 | | , 90004-9990 | Class: UNSECURED - (L) |

| | | |
|---|---|---|
| 22 | Scheduled: | $ 1.00 |
| | Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| 23 | Provided for: | |
| 24 | Not Provided for: | Note: |

| | | |
|---|---|---|
| 25 | **Claim No: 42** | VALENTINE KERBARTAS INC |
| 26 | | PO BOX 325 |
| | | LAWRENCE MA 01842 |
| 27 | | , 01842 | Class: UNSECURED - (L) |

| | | |
|---|---|---|
| 28 | Scheduled: | $ 379.16 |
| | Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| | Provided for: | |
| | Not Provided for: | Note: |

1  ATTORNEY FEES

2  PETER G MACALUSO ESQ          Amount to be paid through plan:        $ 3,000.00
   7230 SOUTH LAND PARK DR STE 127
3  SACRAMENTO, CA 95831          Amount paid through plan to date:      $ 274.24

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28