**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Tiajuanna L. Toles

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

IN THE MATTER OF:

Toles, Tiajuanna L.
  SS#XXX-XX-7424

_____ Debtor_____/

CASE NO. 17-23854-B-13J
DOCKET CONTROL #:PGM-3
DATE:  May 7, 2019
TIME:  1:00 p.m.
DEPT#: B  - Courtroom 32
Honorable Judge Christopher Jaime

**MOTION FOR ORDER APPROVING TRIAL LOAN MODIFICATION**

Comes now, Debtor, Tiajuanna L. Toles, who by and through her attorney of record requests permission to enter into a trial loan modification agreement with BSI Financial Services, servicer for US Bank Trust, N.A..

1.  That on June 08, 2017, Debtor filed a Chapter 13 to reorganize her debts.

2.  The Debtor has been in the Chapter 13 for approximately 9 months.

3.  Debtor owns real property located at 8852 Imray Way Elk Grove, CA 95624.

4.  BSI Financial Services, on behalf of US Bank Trust, N.A. has offered Debtors a trial modification which states that

after all trial period payments are timely made and Debtor has continued to meet all eligibility requirements of the modification program, the mortgage will be permanently modified. Refer to Exhibit "A" filed herewith.

5.    Debtor is to make one payment of $800.00 on or before April 2, 2019, then continue with three payments in the amount of $1,327.61 beginning May 1, 2019, with the last payment under trial loan modification to be made by July 1, 2019.

6.    Any difference between the amount of the trial period payments and the regular mortgage payments will be added to the balance of the loan along with any other past due amounts.

7.    Once the loan is modified, the interest rate and monthly P&I will be fixed for the life of the mortgage unless the initial modified interest rate is below current market interest rates.

8.    Debtor understands that by agreeing to add any Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under the loan modification.

9.    The subject agreement will assist the Debtor in being able to make current loan payments and to keep the real property.

10.    The agreement will not have any direct impact on the estate, the Trustee, or any other secured creditor in this case, and/or any Discharge that the Debtors may receive in this case.

Respectfully submitted,

Date: April 1, 2019          **/s/ Peter G. Macaluso**
                            Peter G. Macaluso, Attorney at Law