**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                                    ) Case No. 17-23854 - B - 13
Tiajuanna Louise Toles,                  ) Docket Control No. PGM-3
                    Debtor.              ) Document No. 75
                                         ) Date: 05/07/2019
                                         ) Time: 1:00 PM
_____    ) DEPT: B

**Order**

The motion is ORDERED GRANTED for reasons stated in the ruling
appended to the minutes.


**Dated:** May 11, 2019


_____
**Christopher D. Jaime, Judge**
**United States Bankruptcy Court**


[75] - Motion/Application to Approve Loan Modification [PGM-3] Filed by Debtor Tiajuanna Louise
Toles (fdis)