**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor(s)
Tiajuanna L. Toles

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

IN THE MATTER OF:                    CASE NO. 17-23854-B-13G

TOLES, TIAJUANNA L.                  DOCKET CONTROL #:PGM-5
    SS#XXX-XX-7424                   DATE:  NOVEMBER 19, 2019
                                     TIME:  10:00 A.M.
                                     DEPT#: B - COURTROOM 32
                                     HONORABLE JUDGE JAIME
_____DEBTOR_____/

**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION
FILED ON OCTOBER 15, 2019**

Debtor moves the Court for an Order Confirming the Third

Modified Plan, which was filed on or about October 15, 2019.

This Motion is based on the following:

1.   That on June 8, 2017, Debtor filed a Chapter 13 to

reorganize her debts.

2.   That on August 30, 2017 the Debtor's Plan was confirmed.

3.   Due to a change in circumstances, Debtor cannot complete

the plan as originally confirmed as stated under penalty of

perjury in the accompanying Declaration of Debtor.  In that

Declaration, Debtor states, "I have now received a permanent loan

-1-

1 modification and started paying my mortgage lender directly in

2 April 2019, pursuant to the loan modification.  I have been

3 struggling with the payments for the six months and the

4 modification allows me to retain my home." Debtor also states in

5 her Declaration: "Since my last proposed Plan I was briefly

6 hospitalized and unable to appear in Court."

7　　　4.　The Debtor has paid a total of $30,042.00 to the Chapter

8 13 Trustee through September 2019.

9　　　5.　The Debtor proposes that all missed payments be forgiven

10 and plan payments of $365.00 will begin October 25, 2019 for 33

11 months to complete the Plan within the maximum term allowed by

12 law.

13　　　6.　The term of the plan remains at 60 months.

14　　　7.　That the plan has been proposed in good faith and not by

15 any means forbidden by law, as evidenced in the Declaration of

16 Debtor(s).

17　　　8.　That all installment fees, charges, or amounts required

18 by the Court, have been paid by the Debtor.

19　　　9.　The modification proposed by Debtors will not modify the

20 rights of the holder of any secured claim within the Plan.

21　　　10. The modification proposed by Debtors will not modify the

22 rights of the holder of any unsecured claim within the plan.

23　　　Wherefore, Debtor prays that the Motion to Modify the Plan

24 (Third Modified Plan) be granted.

25 Date: October 15, 2019　　　　　　___**/s/ Peter G. Macaluso**___
　　　　　　　　　　　　　　　　　　　Peter G. Macaluso, Attorney at Law

26

27

28　　　　　　　　　　　　　　　　　-2-