**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor(s)
Tiajuanna L. Toles

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 17-23854-B-13G |
| TOLES, TIAJUANNA L.<br>SS#XXX-XX-7424 | DOCKET CONTROL #: PGM-6<br>DATE: NOVEMBER 19, 2019<br>TIME: 10:00 A.M.<br>DEPT#: B - COURTROOM 34<br>HONORABLE JUDGE JAIME |
| _____ DEBTOR _____ / | |

**MOTION FOR ORDER APPROVING PERMANENT LOAN MODIFICATION**

Comes now, Debtor, Tiajuanna L. Toles, who by and through her attorney of record requests permission to enter into a permanent loan modification agreement with BSI Financial Services, servicer of US Bank Trust, N.A.

1. That on June 8, 2017, Debtor filed a Chapter 13 to reorganize her debts.

2. The Debtor has been in the Chapter 13 for 28 months.

3. Debtor owns real property located at 8852 Imray Way Elk Grove, CA 95624.

4. The Debtor has been offered a permanent loan modification for the first deed of trust.

5. The first modified payment in the amount of $983.33 for principal and interest, plus $542.33 for escrow payment for a total of $1,525.66 at 4.500% will be due on August 1, 2019.

6. The modified principal balance of the Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Lender but not previously credited to the Debtor's Loan.

7. As of the Modification Effective Date the principal balance of the loan that will be due and payable is $218,730.91 (the "New Principal Balance").

8. Debtor understands that by agreeing to add any Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under the loan modification.

9. Interest at the rate of 4.500% began to accrue on the New Principal Balance as of July 1, 2019.

10. The new Maturity Date will be July 1, 2059.

11. The agreement will not have any direct impact on the estate, the Trustee, or any other secured creditor in this case, and/or any Discharge that the Debtor may receive in this case.

Respectfully submitted,

Date: October 21, 2019            **/s/ Peter G. Macaluso**
Peter G. Macaluso, Attorney at Law