**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 17-23854 - B - 13
Tiajuanna Louise Toles,            ) Docket Control No. PGM-6
Debtor.                            ) Document No. 113
                                   ) Date: 11/19/2019
                                   ) Time: 10:00 AM
                                   ) Dept: B
```

**Order**

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

    **IT IS ORDERED** that the motion to approve loan modification is granted.

Dated: November 22, 2019

Robert S. Bardwil, Judge
United States Bankruptcy Court

[113] - Motion/Application to Approve Loan Modification [PGM-6] Filed by Debtor Tiajuanna Louise Toles (jlns)