Filed 12/11/19    Case 17-23854    Doc 127

**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Tiajuanna L. Toles

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

IN THE MATTER OF:              CASE NO. 17-23854-B-13G

TOLES, TIAJUANNA L.           DOCKET CONTROL #:PGM-5
  SS#XXX-XX-7424              DATE:  NOVEMBER 19, 2019
                              TIME:  10:00 A.M.
                              DEPT#: B - COURTROOM 32
                              HONORABLE JUDGE JAIME

_____DEBTOR_____/

**ORDER ON MOTION TO MODIFY ~~FIRST MODIFIED~~ PLAN ~~FILED ON OCTOBER 15, 2019~~**

Upon request of Debtor, by and through her attorney, a hearing was held on November 19, 2019 on Debtor's Motion to Modify their Chapter 13 Plan after Confirmation.

IT IS ORDERED, that the motion is granted and the plan, filed on October 15, 2019 is confirmed, with the following conditions;

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address.

-1-

RECEIVED
December 08, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006638638

2.   The Debtor shall immediately notify the Trustee in writing of any termination, reduction of, or other change in the employment of the debtor.

3.   The Debtor shall appear in court whenever notified to do so by the Court.

4. The Chapter 13 Trustee's funds on hand and future monthly payments shall be disbursed as follows:

    a.   Class 1 Claim of Severaid for pre-petition arrears – $984.32 x 1 for October, then $150.00 x 32 starting November 2019

    b.   Class 2 Claim of Severaid for post-petition arrears totaling $928.40 – $448.64 x 1 for October, then $15.00 x 32 starting November 2019

    c.   Class 2 Claim of EDD – $66.24 x 1 for October then $15.00 x 32 starting November 2019

    d.   Administrative expenses 3.05 – $100 x 1 for October then $66.00 per month starting November 2019.

4.   Chapter 13 Plan payments shall increase to $385.00 per month commencing November 2019.

Approved as to form;

_/s/ Russell D. Greer, Trustee_
Chapter 13 Representative

Dated: December 11, 2019

[

_/s/ Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court